# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT


**13-1409 consolidated with 14-433**


**ED GRABOWSKI, ET UX.**

**VERSUS**

**SMITH & NEPHEW, INC., ET AL.**


\*\*\*\*\*\*\*\*\*\*


ON APPLICATION FOR SUPERVISORY WRITS
FROM THE FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2008-3878
HONORABLE DAVID A. RITCHIE, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


## ELIZABETH A. PICKETT
## JUDGE


\*\*\*\*\*\*\*\*\*\*


Court composed of Elizabeth A. Pickett, James T. Genovese, and Phyllis M. Keaty, Judges.


> **WRIT DENIED.  JUDGMENT AFFIRMED IN PART; REVERSED IN PART; AND REMANDED FOR FURTHER PROCEEDINGS.**


**Charles Schrumpf**
**Schrumpf & Schrumpf**
**3801 Maplewood Dr.**
**Sulphur, LA 70663**
**(337) 625-9077**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
    **Ed Grabowski**
    **Patsy Grabowski**

**Steven Broussard**
**Broussard & Hart, LLC**
**1301 Common Street**
**Lake Charles, LA 70601**
**(337) 439-2450**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
    **Ed Grabowski**
    **Patsy Grabowski**

**Kim E. Moore**
**Leila A. D'Aquin**
**Irwin Fritchie Urquhart & Moore**
**400 Poydras St., Suite 2700**
**New Orleans, LA 70130**
**(504) 310-2100**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Daniel Forrest**
    **Smith & Nephew, Inc.**

**Benjamin J. Guilbeau, Jr.**
**Stockwell, Sievert, Viccellio, Clements & Shaddock, L.L.P.**
**P. O. Box 2900**
**Lake Charles, LA 70602-2900**
**(337) 436-9491**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Smith & Nephew, Inc.**
    **PUREPLAY Orthopaedic Sales 1, Ltd.**
    **Daniel Forrest**

**PICKETT, Judge.**

For the reasons set forth in the companion case hereto, *Ed Grabowski, et ux. v. Smith & Nephew, Inc., et al.*, 14-433 c/w 13-1409, (La.App. 3 Cir. __/__/14), __ So.3d __, the writ application is denied. The judgment of the trial court granting the Motion to Close the Record is affirmed. The grants of summary judgment in favor of Smith & Nephew, Inc., PUREPLAY Orthopaedic Sales 1 Ltd., and Daniel Forrest are reversed, and the matter is remanded to the trial court for further proceedings. Costs of the writ application are assessed to the Grabowskis. Costs of the appeal are assessed to Smith & Nephew, Inc. PUREPLAY Orthopaedic Sales 1 Ltd., and Daniel Forrest.

**WRIT DENIED. JUDGMENT AFFIRMED IN PART; REVERSED IN PART; AND REMANDED FOR FURTHER PROCEEDINGS.**